BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JESUS AUGUSTINE BELTRAN,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | CIVIL NO. 1:13-CV0-2040-SMS<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

      IT IS HEREBY STIPULATED, by and between the parties, Jesus Augustine Beltran (Plaintiff) and the Acting Commissioner of Social Security (Defendant), through their respective counsel of record, that that this action be remanded to Defendant for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

      Upon remand, the Appeals Council will instruct the Administrative Law Judge to: (1) obtain supplemental vocational expert evidence to identify jobs that are consistent with the Dictionary of

Occupational Titles (DOT) or explain any deviation from the DOT; and (2) further address the issue of Plaintiff's illiteracy with specific reference to evidence of record in support of the finding.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.  Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

Respectfully submitted,

Dated: August 1, 2014            */s/ Steven G. Rosales*
                                 STEVEN G. ROSALES
                                 Attorney for Plaintiff
                                 *By email authorization on August 1, 2014

Dated:  August 1, 2014           BENJAMIN B. WAGNER
                                 United States Attorney
                                 DONNA L. CALVERT
                                 Acting Regional Chief Counsel
                                 Social Security Administration

                       By        /s/ *Jennifer Lee Tarn*
                                 JENNIFER LEE TARN
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: 8/1/2014                  /s/ SANDRA M . SNYDER
                                 UNITED STATES MAGISTRATE JUDGE